IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR168 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| MICHAEL A. BLACKFISH, SR., | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of the defendant for release for residential treatment to Winnebago Drug Dependency Unit. The Court finds the motion should be granted.

IT IS ORDERED:

1. On Monday, June 19, 2017, the defendant shall be released from the United States Marshal's holding and transported to the Winnebago Drug Dependency Unit by a member of the Office of the Federal Public Defender, to reside and participate in the program.

2. The defendant remains subject to all of the previously ordered conditions of his supervised release. If the defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

DATED this 16th of June, 2017.

BY THE COURT:

/s/ Lyle E. Strom

Lyle E. Strom, Senior Judge
United States District Court